HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
TEL: 916-498-5700   FAX: 916-498-5710

Attorneys for Defendant
JORDAN PIGG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN PIGG,<br><br>Defendant. | CASE NO. 2:16-po-00371-DB<br><br>STIPULATION AND ORDER TO CONTINUE MODIFY PRETRIAL DIVERSION AGREEMENT<br><br><br>COURT: Hon. Deborah Barnes |

IT IS HEREBY STIUPLATED between Assistant United States Attorney Justin Lee, Assistant Federal Defender Linda C. Allison that the Pretrial Diversion Agreement be modified to add the following additional modification:

1. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as directed by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Pretrial Service Officer Taifa Gaskins requested and agrees to the modification above.

Dated: April 2, 2018          Repectfully Submitted,

HEATHER WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender

Dated: April 2, 2018          McGREGOR W. SCOTT
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: April 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE